IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THEREASA SMITH**                                                         **PETITIONER**

v.                             **CASE NO. 4:21-cv-00517-JTK**

**DEXTER PAYNE,** *Director*                                   **RESPONDENT**
**Arkansas Division of Correction**

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's petition is DISMISSED with prejudice.

SO ADJUDGED this 25th day of July, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE